CJF2.12.20
JWS USAO 2020R00114

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 13 PM 4: 11

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. SAG-20-056 |
| | * | |
| RANDY OWENS, | * | (Possession of a Firearm and |
| | * | Ammunition by a Prohibited Person, |
| Defendant. | * | 18 U.S.C. § 922(g)(1); Forfeiture, 18 |
| | * | U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about July 23, 2019, in the District of Maryland, the defendant,

**RANDY OWENS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit, an IMI Uzi 9mm semi-automatic pistol, serial number UP11675; and 31 rounds of 9mm ammunition; and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**RANDY OWENS,**

shall forfeit to the United States the firearm involved in the commission of the offense, to wit, an IMI Uzi 9mm pistol, serial number UP11675; and 31 rounds of 9mm ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Robert K. Hur /jws
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

2/13/2020
DATE

**REDACTED**
FOREPERSON

2